**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 3, 2022.**



**In The**

## Fourteenth Court of Appeals

**NO. 14-21-00672-CV**

**JEFFREY RYAN WOOD, Appellant**

**V.**

**ANA RICKARD WOOD, Appellee**

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-38613B**

## MEMORANDUM OPINION

This is an appeal from an order signed October 18, 2021. On February 14, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan